CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 24 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROGER DALE ANDERSON, JR., <br> Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:09-cv-00290 |
| v. | ) <br> ) | **ORDER** |
| WESTERN VIRGINIA REGIONAL <br> JAIL, <br> Defendant. | ) <br> ) <br> ) <br> ) | By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 24th day of July, 2009.

                                                        /s/ James C. Turk
                                                        Senior United States District Judge